**Irma Jean PEREZ, Plaintiff–Appellant,**

v.

**Wayne A. SIMMONS, James Nalls, Thomas Miller, Marks Meske, and City of Santa Barbara, Defendants–Appellees.**

No. 86–6663.

United States Court of Appeals, Ninth Circuit.

Aug. 2, 1993.

Before HUG, ALARCON, and KOZINSKI, Circuit Judges.

The opinion filed in this case on August 31, 1989, *Perez v. Simmons,* 884 F.2d 1136 (9th Cir.1989), was amended by an order filed April 18, 1990, *Perez v. Simmons,* 900 F.2d 213 (9th Cir.1990). A typographical error in that order may lead to confusion as to the sentence to be changed on page 1142 of the original opinion.

Therefore, the order is corrected to read:

Following a petition for rehearing filed by the Government, the opinion in this case, filed August 31, 1989, *Perez v. Simmons,* 884 F.2d 1136 (9th Cir.1989), is amended as follows:

> Page 1140, first paragraph in the second column. The last sentence should be modified to read:

> "However, if the officers did not have reasonable grounds for believing that Albert resided in the apartment, the search was illegal under *Steagald [v. United States,* 451 U.S. 204, 68 L.Ed.2d 38 (1981) ]."

Page 1142, first paragraph in the first column. The second sentence in the first paragraph, commencing with the word "Unless," should be modified to read:

"Unless a jury finds that the officers had reasonable grounds for believing that Albert was a co-resident of the apartment, and for believing that Albert was in the apartment at the time, *see Payton [v. New York],* 445 U.S. [573] at 603, 100 S.Ct. [1371] at 1388 [63 L.Ed.2d 639 (1980) ], the search was in violation of Irma Perez's constitutional rights."